UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :    Hon. Claire C. Cecchi

                                :
        v.                      :    Crim. No. 25- CR -4 80 (CCC)
                                :

YULEISY ROQUE                   :    **WAIVER OF INDICTMENT**

        I, Yuleisy Roque, the above-named defendant, who is charged with
conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, being advised of
the charge, the proposed Information, and my rights, hereby waive in open court
on July 23, 2025, prosecution by indictment and consent that the proceeding may
be by information rather than by indictment.

Yuleisy Roque
Defendant

Tara Breslow
Counsel for Defendant

Before:

HONORABLE CLAIRE C. CECCHI
United States District Judge